UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| N.N.,<br><br>　　Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-04313-MHC |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously. The Court finds that the privacy and safety interests of Plaintiff and witnesses identified or suspected of being victims of sex trafficking outweigh the public's interest in knowing their identities. Thus, the motion is **GRANTED.**

The Court ORDERS that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case shall refer to Plaintiff as N.N., with no other additional identifying information. The Court further ORDERS that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case referring to any witness identified by counsel for either party as a victim of sex trafficking or suspected victims of sex trafficking and Plaintiff's family members shall refer to those witnesses by pseudonymous initials only.

Upon entry of this Order, Plaintiff shall privately disclose her name to Defendant. Defendant shall be able to conduct discovery using Plaintiff or witnesses' names. But for any publicly filed documents, the name of Plaintiff, all witnesses identified or suspected of being sex trafficking victims, and Plaintiff's family members shall be redacted or referred to only by the appropriate pseudonymous initials.

SO ORDERED this _____ day of _____, 2025.

_____
Mark H. Cohen
United States District Judge