AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-04313-MHC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Lincoln Bancorp, LLC**
was recieved by me on  **9/16/2025**:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Resident R**, who is designated by law to accept service of process on behalf of **Lincoln Bancorp, LLC** at **3618 S Atlantic Ave Apt 4, Daytona Beach, FL 32118** on **09/17/2025 at 6:42 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  09/17/2025

_____
*Server's signature*

**Yamilet Chavez**
*Printed name and title*

**199 Hubbard bend**
**Saint Augustine, FL 32092**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY; ORDER; PROPOSED ORDER; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET; EXHIBIT A,  to Resident R who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with a tattoo.**



Tracking #: **0186824856**

