IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| N.N.,<br><br>    Plaintiff<br><br>vs.<br><br>LINCOLN BANCORP, LLC,<br><br>    Defendant | CIVIL ACTION FILE NO.<br><br>1:25-CV-04313-MHC |

## ANSWER ON BEHALF OF LINCOLN BANCORP, LLC

NOW COMES, Lincoln Bancorp, LLC ("Defendant"), by and through the undersigned attorney, and presents its Answer to Plaintiff's Complaint as follows:

### EXTENSION OF TIME TO RESPOND

On October 08, 2025, counsel for Plaintiff, Jonathan Tonge, Esq., granted an extension to file Defendant's Answer through October 10, 2025. This Answer is, therefore, timely by stipulation.

### FIRST DEFENSE

Plaintiff's injuries and damages were caused by a third-party intervenor or actor, and Defendant is not liable to Plaintiff for the acts of a third-party.

### SECOND DEFENSE

Responding specifically to the allegations contained in the Plaintiff's Complaint, Lincoln Bancorp, LLC responds as follows

1

**1.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of an allegation regarding trafficking. Defendant cannot respond to the remaining allegations regarding N.N.'s legal name and Protective Order, as neither are factual assertions; however, Defendant raises no objection to the Protective Order.

**2.**

Defendant denies the allegations of paragraph 2 of Plaintiff's Complaint.

**3**.

Defendant admits the allegations of paragraph 3 of Plaintiff's Complaint.

**4.**

Defendant admits the allegations of paragraph 4 of Plaintiff's Complaint.

**5.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of an allegations due to the phrase, "all times herein," as the subject Super 8 was sold and is no longer owned by Defendant.

**6.**

Defendant denies the allegations of paragraph 6 of Plaintiff's Complaint.

**7.**

Defendant admits the allegations of paragraph 7 of Plaintiff's Complaint, as the allegations are a correct recitation of Georgia and federal law.

**8**.

Defendant denies the allegations of paragraph 8 of Plaintiff's Complaint.

**9**.

Defendant accepts the "definition" provided in Paragraph 9, and denies any implications of liability therein.

I. **N.N.'s trafficking at the Super 8**

**10**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 10 of Plaintiff's Complaint.

**11**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 11 of Plaintiff's Complaint.

**12**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 12 of Plaintiff's Complaint.

**13**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 13 of Plaintiff's Complaint.

**14**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 14 of Plaintiff's Complaint.

**15**.

Defendant denies the allegations of paragraph 15 of Plaintiff's Complaint.

**16**.

Defendant denies the allegations of paragraph 16 of Plaintiff's Complaint.

**17**.

Defendant denies the allegations of paragraph 17 of Plaintiff's Complaint.

**18**.

Defendant denies the allegations of paragraph 18 of Plaintiff's Complaint.

**19**.

Defendant denies the allegations of paragraph 19 of Plaintiff's Complaint.

**20**.

Defendant denies the allegations of paragraph 20 of Plaintiff's Complaint.

**21**.

Defendant denies the allegations of paragraph 21 of Plaintiff's Complaint.

**22**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 22 of Plaintiff's Complaint.

**23**.

Defendant denies the allegations of paragraph 23 of Plaintiff's Complaint.

**24**.

Defendant denies the allegations of paragraph 24 of Plaintiff's Complaint.

**25**.

Defendant denies the allegations of paragraph 25 of Plaintiff's Complaint.

**26**.

Defendant denies the allegations of paragraph 26 of Plaintiff's Complaint.

**27**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 27 of Plaintiff's Complaint.

**28**.

Defendant denies the allegations of paragraph 28 of Plaintiff's Complaint.

**29**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 29 of Plaintiff's Complaint.

**30**.

Defendant denies the allegations of paragraph 30 of Plaintiff's Complaint.

## II.   Defendant's knowledge of crime at the Super 8.

### 31.

Defendant denies the allegations of paragraph 31 of Plaintiff's Complaint.

### 32.

Defendant admits that it did, at one time, own the subject Super 8, but denies the remaining allegations of paragraph 32 of Plaintiff's Complaint.

### 33.

Defendant denies the allegations of paragraph 33 of Plaintiff's Complaint.

### 34.

Defendant denies the allegations of paragraph 34 of Plaintiff's Complaint.

### 35.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 35 of Plaintiff's Complaint.

### 36.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 36 of Plaintiff's Complaint.

### 37.

Defendant denies the allegations of paragraph 37 of Plaintiff's Complaint.

**38.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 38 of Plaintiff's Complaint. Defendant denies the allegations made by Ms. Phillips.

**39.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 39 of Plaintiff's Complaint. Defendant denies the allegations made by Ms. Phillips.

**40.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 40 of Plaintiff's Complaint. Defendant denies the allegations made by Ms. Phillips.

**41.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 41 of Plaintiff's Complaint. Defendant denies the allegations made by Ms. Phillips.

**42.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 42 of Plaintiff's Complaint. Defendant denies the allegations made by Ms. Phillips.

**43.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 43 of Plaintiff's Complaint. Defendant denies the allegations made by Ms. Phillips.

**44.**

Defendant denies the allegations of paragraph 44 of Plaintiff's Complaint.

**45.**

Defendant denies the allegations of paragraph 45 of Plaintiff's Complaint.

**46.**

Defendant denies the allegations of paragraph 46 of Plaintiff's Complaint.

**47.**

Defendant denies the allegations of paragraph 47 of Plaintiff's Complaint.

**48.**

Defendant denies the allegations of paragraph 48 of Plaintiff's Complaint.

**III. Defendant's Knowledge of Sex Trafficking Generally**

**49.**

Defendant admits that it knows about the existence of sex trafficking, but lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 49 of Plaintiff's Complaint.

**50.**

Defendant admits that it knows about the existence of sex trafficking, but lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 50 of Plaintiff's Complaint. Moreover, Defendant denies the allegations of profiting off sex trafficking.

**51.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 51 of Plaintiff's Complaint.

**52.**

Defendant denies the allegations of paragraph 52 of Plaintiff's Complaint.

**53.**

Defendant denies the allegations of paragraph 53 of Plaintiff's Complaint.

**54.**

Defendant denies the allegations of paragraph 54 of Plaintiff's Complaint.

**55.**

Defendant denies the allegations of paragraph 55 of Plaintiff's Complaint.

**56.**

Defendant denies the allegations of paragraph 56 of Plaintiff's Complaint.

**57.**

Defendant denies the allegations of paragraph 57 of Plaintiff's Complaint.

**58.**

Defendant denies the allegations of paragraph 58 of Plaintiff's Complaint.

## COUNT I
## STATUTORY LIABILITY: SEX TRAFFICKING
## 18 U.S.C. § 1595

**59.**

Defendant hereby incorporates the responses to the paragraphs above as if fully set out herein.

**60.**

Defendant denies the allegations of paragraph 60 of Plaintiff's Complaint.

**61.**

Defendant denies the allegations of paragraph 61 of Plaintiff's Complaint.

**62.**

Defendant denies the allegations of paragraph 62 of Plaintiff's Complaint.

**63.**

Defendant denies the allegations of paragraph 63 of Plaintiff's Complaint.

**64.**

Defendant denies the allegations of paragraph 64 of Plaintiff's Complaint.

**65.**

Defendant denies the allegations of paragraph 65 of Plaintiff's Complaint.

**66.**

Defendant denies the allegations of paragraph 66 of Plaintiff's Complaint.

**67.**

Defendant denies the allegations of paragraph 67 of Plaintiff's Complaint.

**68.**

Defendant denies the allegations of paragraph 68 of Plaintiff's Complaint.

**69.**

Defendant denies the allegations of paragraph 69 of Plaintiff's Complaint.

**COUNT II: NEGLIGENCE**

**70.**

Defendant hereby incorporates the responses to the paragraphs above as if fully set out herein.

**71.**

Defendant admits the allegations of paragraph 71 of Plaintiff's Complaint.

**72.**

Defendant admits to its duties to invitees and admits that it placed the sex trafficking caution poster/notice near the front desk, but denies the remaining allegations of paragraph 72 of Plaintiff's Complaint.

**73.**

Defendant denies the allegations of paragraph 73 of Plaintiff's Complaint.

**74.**

Defendant denies the allegations of paragraph 74 of Plaintiff's Complaint.

**75.**

Defendant denies the allegations of paragraph 75 of Plaintiff's Complaint.

**76.**

Defendant denies the allegations of paragraph 76 of Plaintiff's Complaint.

**77.**

Defendant denies the allegations of paragraph 77 of Plaintiff's Complaint.

**78.**

Defendant denies the allegations of paragraph 78 of Plaintiff's Complaint.

**79.**

Defendant denies the allegations of paragraph 79 of Plaintiff's Complaint.

**80.**

Defendant denies the allegations of paragraph 80 of Plaintiff's Complaint.

**81.**

Defendant denies the allegations of paragraph 81 of Plaintiff's Complaint.

**82.**

Defendant denies the allegations of paragraph 82 of Plaintiff's Complaint.

**83.**

Defendant denies the allegations of paragraph 83 of Plaintiff's Complaint.

**84.**

Defendant denies the allegations of paragraph 84 of Plaintiff's Complaint.

**85.**

Defendant denies the allegations of paragraph 85 of Plaintiff's Complaint.

**86.**

Defendant denies the allegations of paragraph 86 of Plaintiff's Complaint.

**87.**

Defendant denies the allegations of paragraph 87 of Plaintiff's Complaint.

**88.**

Defendant denies the allegations of paragraph 88 of Plaintiff's Complaint.

**89.**

Defendant denies the allegations of paragraph 89 of Plaintiff's Complaint.

**90.**

Defendant denies the allegations of paragraph 90 of Plaintiff's Complaint.

**91.**

Defendant denies the allegations of paragraph 91 of Plaintiff's Complaint.

**92.**

Defendant denies the allegations of paragraph 92 of Plaintiff's Complaint.

**93.**

Defendant denies the allegations of paragraph 93 of Plaintiff's Complaint.

**94.**

Defendant denies the allegations of paragraph 94 of Plaintiff's Complaint.

**95.**

Defendant denies the allegations of paragraph 95 of Plaintiff's Complaint.

**96.**

Defendant denies the allegations of paragraph 96 of Plaintiff's Complaint.

**97.**

Defendant denies the allegations of paragraph 97 of Plaintiff's Complaint.

**98.**

Defendant denies the allegations of paragraph 98 of Plaintiff's Complaint.

**COUNT III: NUISANCE**

**99.**

Defendant hereby incorporates the responses to the paragraphs above as if fully set out herein.

**100.**

Defendant admits the recitation of Georgia law alleged in paragraph 100 of Plaintiff's Complaint. Defendant denies any implications of liability therein.

**101.**

Defendant admits the recitation of Georgia law alleged in paragraph 101 of Plaintiff's Complaint. Defendant denies any implications of liability therein.

## 102.

Defendant admits the recitation of Georgia law alleged in paragraph 102 of Plaintiff's Complaint. Defendant denies any implications of liability therein.

## 103.

Defendant admits the recitation of Georgia law alleged in paragraph 103 of Plaintiff's Complaint. Defendant denies any implications of liability therein.

**Public Nuisance**

## 104.

Defendant denies the allegations of paragraph 104 of Plaintiff's Complaint.

## 105.

Defendant denies the allegations of paragraph 105 of Plaintiff's Complaint.

## 106.

Defendant denies the allegations of paragraph 106 of Plaintiff's Complaint.

## 107.

Defendant denies the allegations of paragraph 107 of Plaintiff's Complaint.

## 108.

Defendant denies the allegations of paragraph 108 of Plaintiff's Complaint.

## 109.

Defendant denies the allegations of paragraph 109 of Plaintiff's Complaint.

**110.**

Defendant denies the allegations of paragraph 110 of Plaintiff's Complaint.

**111.**

Defendant denies the allegations of paragraph 111 of Plaintiff's Complaint.

**112.**

Defendant denies the allegations of paragraph 112 of Plaintiff's Complaint.

**COUNT IV**
**STATUTORY LIABILITY: MASHA'S LAW 18 U.S.C. § 2255**

**113.**

Defendant hereby incorporates the responses to the paragraphs above as if fully set out herein.

**114.**

Defendant denies the allegations of paragraph 114 of Plaintiff's Complaint.

**115.**

Defendant denies the allegations of paragraph 115 of Plaintiff's Complaint.

**116.**

Defendant denies the allegations of paragraph 116 of Plaintiff's Complaint.

**117.**

Defendant denies the allegations of paragraph 117 of Plaintiff's Complaint.

**118.**

Defendant denies the allegations of paragraph 118 of Plaintiff's Complaint.

**119.**

Defendant denies the allegations of paragraph 119 of Plaintiff's Complaint.

**120.**

Defendant denies the allegations of paragraph 120 of Plaintiff's Complaint.

**121.**

Defendant denies the allegations of paragraph 121 of Plaintiff's Complaint.

**DAMAGES**

**122.**

Defendant hereby incorporates the responses to the paragraphs above as if fully set out herein.

**123.**

Defendant denies the allegations of paragraph 123 of Plaintiff's Complaint.

**124.**

Defendant denies the allegations of paragraph 124 of Plaintiff's Complaint.

**125.**

Defendant denies the allegations of paragraph 125 of Plaintiff's Complaint.

**126.**

Defendant denies all other allegations contained in Plaintiff's Complaint not specifically addressed herein, whether numbered or unnumbered and including but not limited to the paragraph beginning "WHEREFORE," and all subparts thereof.

WHEREFORE, Defendant Lincoln Bancorp, LLC prays:

a)  For six months to complete discovery;

b)  Defendant be discharged with all costs cast against Plaintiff(s); and

c)  For such other and further relief that the Court deems just and proper.


This 9th day of October, 2025.

/s/ Ankur P. Trivedi
Ankur P. Trivedi
GA Bar No. 859811
Attorney for Defendant

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Blvd., Ste. 2000
Duluth, GA 30097
(770) 904-3590
at@gmke.law

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing Lincoln Bancorp, LLC's Answer via the Court's CM/ECF system, as follows:

Patrick J. McDonough, Esq.
Jennifer M. Webster, Esq.
Jonathan Tonge, Esq.
Andersen, Tate & Carr, P.C.
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jwebster@atclawfirm.com
jtonge@atclawfirm.com
*Attorneys for Plaintiff*

This 9th day of October, 2025.

/s/ Ankur P. Trivedi
Ankur P. Trivedi
GA Bar No. 859811
Attorney for Defendant

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Blvd., Ste. 2000
Duluth, GA 30097
(770) 904-3590
at@gmke.law