# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| N.N., <br><br>     **Plaintiff** <br><br> vs. <br><br> **LINCOLN BANCORP, LLC,** <br><br>     **Defendants** | **CIVIL ACTION FILE NO.** <br><br> **1:25-CV-04313-MHC** |

## JOINT MOTION FOR PROTECTIVE ORDER

COME NOW, Plaintiff and Defendant, by and through their undersigned counsel, and respectfully request this court enter the attached Protective Order to govern the materials produced by Plaintiff and Defendant and those materials sought through lawful subpoenas in the above-referenced matter. All Parties consent to this Court entering said Protective Order, a copy of which is attached hereto.

This 4th day of February, 2025.

| ANDERSEN, TATE & CARR, P.C. | GROTH MAKARENKO KAISER & EIDEX |
|---|---|
| /s/ Jonathan Tonge, Esq. <br> (*by Ankur Trivedi, WEP on 1/9/26*) <br> Jonathan Tonge, Esq. <br> Georgia State Bar No. 303999 <br> Patrick J. McDonough, Esq. <br> Georgia State Bar No. 489855 <br> Jennifer M. Webster, Esq. <br> Georgia State Bar No. 760381 <br> *Attorneys for Plaintiff N.N.* | */s/ Ankur P. Trivedi* <br> Ankur P. Trivedi, Esq. <br> Georgia State Bar No. 859811 <br> *Attorney for Defendant* <br> One Sugarloaf Centre <br> 1960 Satellite Boulevard, Suite 2000 <br> Duluth, GA 30097 <br> (770) 904-3590 |

One Sugarloaf Centre  at@gmke.law
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jwebster@atclawfirm.com
jtonge@atclawfirm.com

## **CERTIFICATE OF COMPLIANCE & SERVICE**

This is to certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in L.R. 5.1. Specifically, the pleading was prepared using Times New Roman font, point 14.

I further certify that I have served a true and correct copy of the foregoing upon all counsel of records using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

**Counsel for Plaintiff N.N.**
Patrick J. McDonough, Esq.
Jennifer M. Webster, Esq.
Jonathan Tonge, Esq.
Andersen, Tate & Carr, P.C.
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jwebster@atclawfirm.com
jtonge@atclawfirm.com

This 4th day of February, 2026.

/s/ *Ankur P. Trivedi*
Ankur P. Trivedi, Esq.