IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| N.N.,<br><br>    **Plaintiff**<br><br>vs.<br><br>**LINCOLN BANCORP, LLC,**<br><br>    **Defendants** | CIVIL ACTION FILE NO.<br><br>1:25-CV-04313-MHC |

## RULE 5.4(A) CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(A), this is to certify that on February 6, 2026, undersigned counsel for Defendant served a true and correct copy of

*Defendant Responses to Plaintiff's First Requests for Admission;*

*Defendant's Responses to Plaintiff's First Continuing Interrogatories; and*

*Defendant's Responses to Plaintiff's First Requests for Production*

upon all counsel of record via electronic mail.

Respectfully submitted on 6th day of February, 2026.

                                                */s/ Ankur P. Trivedi*

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Blvd., Ste. 2000
Duluth, GA 30097
(770) 904-3590
at@gmke.law

Ankur P. Trivedi
GA Bar No. 859811
Attorney for Defendant