

Ankur P. Trivedi
Partner

D : (678) 730-7512
E : at@gmke.law

February 17, 2026

**VIA CM/ECF:**
The Honorable Mark H. Cohen
1967 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

>   Re:   *N.N. v. Lincoln Bancorp, LLC*
>   **In the U.S. District Court for the Northern District of Georgia, Atlanta Division**
>   **Civil Action File No.: 1:25-CV-04313-MHC**

Dear Judge Cohen:

   Pursuant to Local Rule 83.1E(3), I request that hearings not be scheduled or this case otherwise calendared during the following time periods as I will be away from the practice of law for the purpose of vacation, time with family, continuing legal education, and personal reasons:

>   **March 19, 2026 through March 20, 2026;**
>   **April 3, 2026;**
>   **May 26, 2026 through May 29, 2026;**
>   **June 18, 2026 through June 19, 2026;**
>   **July 29, 2026 through July 31, 2026;**
>   **November 23, 2026 through November 25, 2026; and**
>   **December 21, 2026 through December 23, 2026.**

   Thank you in advance for your cooperation. Please direct any communications or inquiries that you may have regarding this request to my e-mail address and/or telephone number listed above.

>   Sincerely,
>
>   Ankur P. Trivedi
>   GROTH, MAKARENKO, KAISER & EIDEX

APT:tw
cc: All Counsel of Records (via CM/ECF)