UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

N.N.,

     Plaintiff,

v.

LINCOLN BANCORP, LLC,

     Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-04313-MHC

**PLAINTIFF'S NOTICE OF VIDEOTAPED DEPOSITION OF
LOUIS VU**

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, Counsel for Plaintiff will take the videotaped deposition of **LOUIS VU**. The deposition will take place on April 1, 2026, at 9:00 a.m. CST/ 10:00 a.m. EST at Verbatim Reporting, LLC at 914 N. Broadway Avenue, Suite 210, Oklahoma City, Oklahoma 73102 and be conducted via Zoom. The deposition will be taken under cross examination before an officer duly authorized to administer oaths, by stenographic and video means, and will be taken for discovery, for use at trial, and for all permissible purposes. The oral examination will continue from day to day until completed. Opposing counsel may attend and examine.

Respectfully submitted on March 31, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

2

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile