UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

N.N.,

    Plaintiff,

v.

LINCOLN BANCORP, LLC,

    Defendant.

CIVIL ACTION FILE NO.

1:25-CV-04313-MHC

## DEFENDANT'S NOTICE OF DEPOSITION OF N.N.

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Counsel for Defendant will take the deposition of N.N. on **April 30, 2026, at 10:00 a.m. EST** via Zoom. The deposition will be taken before an officer duly authorized to administer oaths, by stenographic means, and will be taken for discovery, cross-examination, use at trial, and all other purposes allowed under the Federal Rules of Civil Procedure. The oral examination will continue from day to day until completed and no longer than seven hours in total.

    Respectfully submitted, on April 7th, 2026.

          */s/ Ankur Trivedi*
          ANKUR P. TRIVEDI
          Georgia Bar No. 859811

GROTH, MAKARENKO, KAISER & EIDEX
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 2000
Duluth, Georgia 30097
(770) 904-3590 | at@gmke.law

## CERTIFICATE OF SERIVCE

I affirm that I have on the below date served a true and correct copy of this

*Defendant's Notice of Deposition of N.N.* upon the following parties via CM/ECF

and Statutory Electronic Service as agreed:

Patrick J. McDonough, Esq.
Jennifer M. Webster, Esq.
Jonathan Tonge, Esq.
**Andersen, Tate & Carr, P.C.**
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jwebster@atclawfirm.com
jtonge@atclawfirm.com

This 7th day of April, 2026.

/s/ Ankur P. Trivedi
Ankur P. Trivedi
GA Bar No. 859811
*Attorney for Defendant*

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Blvd., Ste. 2000
Duluth, GA 30097
(770) 904-3590
at@gmke.law