UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

N.N.,

    Plaintiff,

v.

LINCOLN BANCORP, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-04313-MHC

**CERTIFICATE OF SERVICE**

This is to certify that on April 17, 2026, undersigned counsel for Plaintiff served a true and correct copy of Plaintiff N.N.'s Objections and Responses to Defendant Lincoln Bancorp, LLC's Requests for Admissions to Plaintiff N.N., Plaintiff N.N.'s Objections and Responses to Defendant Lincoln Bancorp, LLC's First Interrogatories to Plaintiff N.N., Plaintiff N.N.'s Objections and Responses to Defendant Lincoln Bancorp, LLC's Requests for Production of Documents to Plaintiff N.N., and Plaintiff's document production, Bates-labeled Plaintiff N.N. 1542–1797 and Fulton DA File 000001-009164 via electronic mail to all counsel of record.

Respectfully submitted on April 20, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com

JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

2

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile