**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| N.N., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   CIVIL ACTION FILE NO. |
| LINCOLN BANCORP, LLC, | )   1:25-cv-04313-MHC |
| | ) |
| Defendant. | ) |
| | / |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that counsel for Defendant Lincoln Bancorp, LLC, has this date, served the following documents upon opposing counsel of record via electronic mail transmission:

1.     Defendant's Second Request for Production of Documents.

Respectfully submitted, this 10th day of June, 2025.

**WEINBERG, WHEELER,**
**HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
cbyrd@wwhgd.com
*Counsel for Defendant Lincoln*
*Bancorp, LLC*

2

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

/s/ Christoher T. Byrd
Christoper T. Byrd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record:

Jennifer Webster
Jonathan Tonge
Patrick J. Mcdonough
ANDERSEN, TATE & CARR, PC
One Sugarloaf Centre
1960 Satellite Blvd, Ste. 4000
Duluth, GA  30097
jwebster@atclawfirm.com
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854

3