# ANDERSEN | TATE | CARR

**Jennifer M Webster**                                              **Telephone: 770.822.0900**
**Email: jwebster@atclawfirm.com**

June 10, 2026

**<u>VIA CM/ECF</u>**

Honorable Mark H. Cohen
1967 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303-3309

    Re:   *N.N. v. Lincoln Bancorp, LLC*
        United States District Court for the Northern District of Georgia
        Civil Action File No.: 1:25-cv-04313-MHC

Dear Judge Cohen:

    I represent the Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing to request a leave of absence for the following days and reasons:

- November 23, 2026 – December 4, 2026, for vacation.
- December 21, 2026 – January 13, 2027, for vacation.

    For these reasons, I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates. I appreciate your consideration in this matter.

Sincerely,

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

Jennifer M. Webster, Esq.

Andersen, Tate & Carr, P.C. ▪ One Sugarloaf Centre ▪ 1960 Satellite Boulevard ▪ Suite 4000 ▪ Duluth GA 30097 ▪ www.atclawfirm.com