

3344 Peachtree Road, NE     404.876.2700 Office
Suite 2400     404.875.9433 Fax
Atlanta, GA 30326

**Christopher T. Byrd**
CByrd@wwhgd.com
Direct 404.832.9546

June 26, 2026

**<u>VIA CM/ECF</u>**
Honorable Mark H. Cohen
1967 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

RE:     *N.N. v. Lincoln Bancorp, LLC*
        United States District Court for the Northern District of Georgia
        Civil Action File No.: 1:25-cv-04313-MHC

Dear Judge Cohen:

I represent the Defendant in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing requesting a leave of absence for the following days and reasons:

- July 7 -10, 2026 for vacation, and

- July 20-21, 2026 for vacation.

I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates. I appreciate your consideration in this matter.

Sincerely,

*/s/ Christopher T. Byrd*

Christopher T. Byrd