UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

N.N.,

    Plaintiff,

v.

LINCOLN BANCORP, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-04313-MHC

## PLAINTIFF'S EXPERT DISCLOSURE

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, Plaintiff submits the name of the expert witness Plaintiff anticipates calling to testify at trial to provide expert testimony in their respective field.

### RETAINED EXPERT

1. Anique S. Whitmore, MA, LPC
   Clinical Psychotherapist
   Psychological Associates of Buckhead
   99 West Paces Ferry NW
   Suite 1220
   Atlanta, Georgia 30305
   (678) 446-0104
   anique@whitmorelpc.com

The report of the above-mentioned expert, pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), is being served on Defendant in accordance with the Court's Scheduling Order.

Respectfully submitted on July 1, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile