**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| N.N., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION FILE NO. |
| LINCOLN BANCORP, LLC, | ) 1:25-cv-04313-MHC |
| | ) |
| Defendant. | ) |
| | / |

**NOTICE OF ENTRY OF APPEARANCE**

COMES NOW, Shubhra R. Mashelkar, the undersigned attorney, and hereby enters an appearance as counsel on behalf of the Defendant Lincoln Bancorp, LLC ("Defendant") in the above-styled civil action. All future correspondence and pleadings for Defendant should be directed to the following:

Christopher T. Byrd
Shubhra R. Mashelkar
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
(Fax) 404-875-9433
smashelkar@wwhgd.com
cbyrd@wwhgd.com

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted, this 7th day of July, 2026.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
GA Bar No. 475388
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
smashelkar@wwhgd.com

*Counsel for Defendant Lincoln Bancorp, LLC*

2

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

/s/ Shubhra R. Mashelkar
Shubhra R. Mashelkar

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 7, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record.

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC**

*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
GA Bar No. 475388
