**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| N.N., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION FILE NO. |
| LINCOLN BANCORP, LLC, | ) | 1:25-cv-4313-MHC |
| | ) | |
|     Defendant. | ) | |
| | / | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
EXTEND THE DISCOVERY PERIOD**

Before the Court is Defendant's Motion to Extend Discovery through and including October 7, 2026. For good cause shown, the Motion is granted. Discovery is hereby extended through and including October 7, 2026.

<br>

Honorable Mark H. Cohen
United States District Court, Northern District of Georgia, Atlanta Division