# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

N.N.,

    **Plaintiff**

vs.

LINCOLN BANCORP, LLC,

    **Defendants**

**CIVIL ACTION FILE NO.**

**1:25-CV-04313-MHC**

## RULE 5.4(A) CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(A), this is to certify that on February 18, 2026, undersigned counsel for Defendant served a true and correct copy of *Defendant Lincoln Bancorp, LLC's 1st Interrogatories, Requests for Production of Documents, and Requests for Admissions to Plaintiff N.N* upon all counsel of record via electronic mail.

Respectfully submitted on 18th day of February, 2026.

/s/ Ankur P. Trivedi

Ankur P. Trivedi
GA Bar No. 859811
Attorney for Defendant

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Blvd., Ste. 2000
Duluth, GA 30097
(770) 904-3590
at@gmke.law