UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

N.N.,

    Plaintiff,

v.

LINCOLN BANCORP, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-04313-MHC

**PLAINTIFF N.N.'S OBJECTIONS AND RESPONSES TO DEFENDANT LINCOLN BANCORP, LLC'S FIRST INTERROGATORIES TO PLAINTIFF N.N.**

Plaintiff N.N. responds to Defendant Lincoln Bancorp, LLC's First Interrogatories to Plaintiff N.N. as follows:

1.

Prior to being trafficked, please state the address where you resided, the names of all residents at that address, and the relationship of each of the residents to you.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, not reasonably limited in time and scope, not reasonably calculated to lead to the discovery of admissible evidence, and not proportional to the needs of this case because, when read together with Interrogatory No. 2, Defendant seeks Plaintiff's lifetime address history, which spans more than 22 years.**

| NAME | CONTACT INFORMATION | RELATIONSHIP TO THE CASE |
| --- | --- | --- |
| Any witness identified in Plaintiff's and Defendant's document productions, or any other document exchanged among the parties | | |
| Any witness identified during any future deposition in this case | | |
| Any person who investigated or responded to incidents involving Plaintiff | | |

12.

Please identify any expert witness who may be called to testify in this case, including the opinions of such expert witness.

**PLAINTIFF'S RESPONSE: At this time, Plaintiff has not determined whether she will call any specially retained experts at trial. Plaintiff will disclose such information at the appropriate time and to the extent required under the Federal Rules, this Court's local Rules, and any scheduling orders of this Court.**

13.

With respect to the individual who trafficked you, please identify such individual and provide the following:

a.  if said individual has been prosecuted, please provide the case number and

18

**conclusion. Plaintiff further objects to this Interrogatory as vague and ambiguous. Finally, Plaintiff objects to this Interrogatory as duplicative to prior Requests for Production seeking documents showing Defendant's constructive knowledge of Plaintiff's sex trafficking at the Super 8.**

**Subject to and without waiving the foregoing objections, Defendant's constructive knowledge of Plaintiff's sex trafficking at the Super 8 is supported by evidence produced during discovery throughout the course of this litigation, including her answers to Interrogatories 4, 13, 15, and 16.**

Respectfully submitted on April 17, 2026.

ANDERSEN, TATE & CARR, P.C.


*/s/ Jennifer M. Webster*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com


One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile