## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

N.N.,

      **Plaintiff,**

v.

LINCOLN BANCORP, LLC,

      **Defendant.**

**CIVIL ACTION FILE**

**NO. 1:25-CV-4313-MHC**

## ORDER

Defendant has filed a Motion to Extend the Discovery Period [Doc. 47] and represents in the motion that "Plaintiff does not consent to this Motion. Plaintiff's counsel's reason for opposing the extension is that the parties can and have agreed to conduct expert depositions outside of discovery." Id. at 5. The parties are reminded that this Court's Standing Order provides that "[t]he parties may not stipulate to extensions for time but must file a motion as provided by this Standing Order." Standing Order Regarding Civil Litigation [Doc. 8/5/25] [also available on the Court's website] at 8-9.

Accordingly, it is hereby **ORDERED** that if Plaintiff still opposes Defendant's Motion to Extend the Discovery Period, she should file her opposition brief no later than seven (7) days from the date of this Order. If not, the Court

2

encourages the parties to submit a proposed Consent Order for the extension of the discovery period.

    **IT IS SO ORDERED** this 8th day of July, 2026.

_____
MARK H. COHEN
United States District Judge

2