UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

N.N.,

    Plaintiff,

v.

LINCOLN BANCORP, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-04313-MHC

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Federal Rules of Civil Procedure 26(c)(1) and 5.2(d), Local Rule 79.1(B), and the protective orders in this case (Doc. Nos. 7, 23), Plaintiff files this Motion for Leave to file the following under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 1 | Email - Lincoln Bancorp, LLC - Plaintiffs DB, JR, NN, and TH | Redacted |
| 4 | Email - Lincoln Bancorp Cases | Redacted |
| 6 | Email - N.N. Discovery | Redacted |
| 8 | Email - Lincoln Bancorp, LLC and Plaintiffs | Redacted |

Plaintiff requests leave to file under seal these exhibits as it includes sensitive, protected, and/or identifying information in reference to Plaintiff, documents, or persons identified in the protective order.

Respectfully submitted on July 15, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
STEPHEN D. MORRISON
Georgia Bar No. 700828
smorrison@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
STEPHEN D. MORRISON
Georgia Bar No. 700828
smorrison@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile