UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

N.N.,

    Plaintiff,

v.

LINCOLN BANCORP, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-04313-MHC

**PROPOSED ORDER ON PLAINTIFF'S MOTION
TO FILE UNDER SEAL**

Now before this Court is Plaintiff's Motion to Seal. Plaintiff requests leave to file the following documents under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 1 | Email - Lincoln Bancorp, LLC - Plaintiffs DB, JR, NN, and TH | Redacted |
| 4 | Email - Lincoln Bancorp Cases | Redacted |
| 6 | Email - N.N. Discovery | Redacted |
| 8 | Email - Lincoln Bancorp, LLC and Plaintiffs | Redacted |

For good cause shown, this motion is **GRANTED**. Plaintiff is authorized to file under seal the documents identified in Plaintiff's Motion.

2

SO ORDERED this __ day of _____, 2026.

_____
Honorable Mark H. Cohen
United States District Judge

2