IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

N.N.,

    Plaintiff,

v.

LINCOLN BANCORP, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:25-CV-4313-MHC

## ORDER

This case comes before the Court on Defendant's Motion to Extend Discovery through and including October 7, 2026 [Doc. 47]. For good cause shown, the Motion is granted. Discovery is hereby extended through and including October 7, 2026.

**IT IS SO ORDERED** this 31st day of July, 2025.

_____
MARK H. COHEN
United States District Judge