**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| N.N., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION FILE NO. |
| LINCOLN BANCORP, LLC, | ) | 1:25-cv-04313-MHC |
| | ) | |
| Defendant. | ) | |
| | / | |

**NOTICE OF TAKING DEPOSITION OF
ANIQUE S. WHITMORE, MA, LPC**

To:    Anique S. Whitmore, MA, LPC
       c/o Jonathan Tonge
       Patrick J. McDonough
       Jennifer M. Webster
       ANDERSEN, TATE & CARR, PC
       One Sugarloaf Centre
       1960 Satellite Blvd, Ste. 4000
       Duluth, GA  30097

COMES NOW, Defendant Lincoln Bancorp, LLC., pursuant to Federal Rule

of Civil Procedure 30, and hereby notice the deposition of expert witness Anique S.

Whitmore on **Friday, August 28, 2026 beginning at 10:00 a.m. at the law firm of**

ANDERSEN, TATE & CARR, PC, One Sugarloaf Centre, 1960 Satellite Blvd, Ste. 4000,

Duluth, GA  30097 before an official court reporter, or other competent official, for

the purposes of discovery, preservation of testimony, for use at trial, and all purposes

allowed by Georgia law. This deposition shall continue day to day until completed.

The deponent is to provide a copy of the documents and materials set forth in "Exhibit A" no later than 48 hours prior to the deposition.

All parties and counsel are invited to attend and participate.

Respectfully submitted, this 10th day of August, 2026.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854
Shubhra R. Mashelkar
GA Bar No. 475388
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
cbyrd@wwhgd.com
smashelkar@wwhgd.com

*Counsel for Defendant Lincoln Bancorp, LLC*

2

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

*/s/ Christoher T. Byrd*
Christoper T. Byrd

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record:

Jonathan Tonge
Patrick J. Mcdonough
Jennifer Webster
ANDERSEN, TATE & CARR, PC
One Sugarloaf Centre
1960 Satellite Blvd, Ste. 4000
Duluth, GA  30097
jwebster@atclawfirm.com
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854

4

EXHIBIT "A"

The witness shall produce all of the following documents and things which are in his actual or constructive possession, custody, or control:

1.

Your current curriculum vitae.

2.

All treatises, books, pamphlets, articles, data, data compilations, charts, graphs, which you have authored, published, edited, researched, prepared, or to which you have contributed in any way, dealing with or relating to any issue involved in this case.

3.

Any and all reports and other communications authored by you concerning this case.

4.

Any and all documents and tangible things, including, but not limited to, all reports, testing protocol, physical models, data, compilations of data, charts, graphs, photographs, video, programs, and other materials prepared by or relied upon by you in forming any of your opinions or mental impressions in connection with this case.

5

5.

Any and all documents and things in your possession (actual or constructive) concerning or relating to an investigation of the event(s) and condition(s) involved in this lawsuit.

6.

A copy of every article, publication or textbook upon which you relied or to which you have referred in forming any of the opinions expressed or to be expressed by you, including, but not limited to, the title, author, publisher's name and the name and date of the publication.

7.

List of all other cases in which you have testified as an expert at trial or by deposition within the preceding four (4) years.

8.

Copies of any and all documents studied, reviewed or in any way relied upon by you that support the opinions or the basis for your opinions.

9.

Copies of all records, data compilations, notes analyses, consultation reports, videos and other work product related to any issue in this case.

10.

Copies of any and all invoices or statements for services rendered prepared or

submitted for consideration which in any manner whatsoever relates to any issue in this case.

11.

Any other tangible thing related to your anticipated testimony at trial.

12.

Any and all other materials in your file if not already referenced herein.