**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| N.N.,<br><br>    Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-04313-MHC |

**<u>DEFENDANT LINCOLN BANCORP, LLC'S NOTICE OF INTENT TO</u>**
**<u>SERVE SUBPOENA</u>**

Defendant hereby provides notice of intent to serve the following subpoenas:

- Subpoena *Duces Tecum* and Notice of Deposition of Santana Phillips; and
- Subpoena *Duces Tecum* and Notice of Deposition of Winkeisha Vanterpool

This 13th day of August, 2026.

                         **WEINBERG, WHEELER,**
                         **HUDGINS, GUNN & DIAL, LLC**

                         */s/ Christopher T. Byrd*
                         Christopher T. Byrd
                         GA Bar No. 100854
                         Shubhra R. Mashelkar
                         GA Bar No. 475388
                         3344 Peachtree Road, N.E.
                         Suite 2400
                         Atlanta, Georgia 30326
                         (404) 876-2700
                         cbyrd@wwhgd.com
                         smashelkar@wwhgd.com

*Counsel for Defendant Lincoln Bancorp, LLC*

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

*/s/ Christoher T. Byrd*
Christoper T. Byrd

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 13, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record:

Jonathan Tonge, Esq.
Patrick J. Mcdonough, Esq.
Jennifer Webster, Esq.
ANDERSEN, TATE & CARR, PC
One Sugarloaf Centre
1960 Satellite Blvd, Ste. 4000
Duluth, GA  30097
jwebster@atclawfirm.com
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854

4