**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

N.N.,

Plaintiff,

v.

LINCOLN BANCORP, LLC,

Defendant.

CIVIL ACTION FILE
NO. 1:25-cv-04313-MHC

**DEFENDANT LINCOLN BANCORP, LLC'S NOTICE OF INTENTION TO ARGUE FAULT OF NON-PARTY PURSUANT TO O.C.G.A. § 51-12-33(C) AND (D)**

COMES NOW Lincoln Bancorp, LLC, Defendant in the above-captioned matter ("Defendant"), and hereby files this Notice Pursuant to O.C.G.A. § 51-12-33 (c) and (d), showing the Court as follows:

Plaintiff N.N. claims to have been trafficked at the Super 8 located at 4979 Old National Highway, College Park, Georgia 30349, and has filed the present lawsuit, claiming that Defendant is liable for physical, emotional, and mental harm that she suffered as a result of being trafficked. Defendant denies Plaintiff's allegations; however, if Plaintiff's allegations are accepted as true by the trier of fact, then the jury "shall consider the fault of all persons or entities who contributed to the alleged injury or damages, regardless of whether the person or entity was, or could have been, named as a party to the suit." O.C.G.A. § 51-12-33. As such,

Defendant hereby provides notice of the following individuals and entities who are or may be wholly or partially at fault for causing or contributing to the Plaintiff's injuries:

**1. Pablo** (legal name and current address unknown)**.** According to Plaintiff, in or around August 2020, Pablo picked Plaintiff up and took her to the Fulton Industrial area, where he forced her to sell her body for sex. Pablo controlled Plaintiff's appearance (getting her hair and nails done), turned on phone service so she could call him, and kept her at the Rodeway Inn every night while she worked for him on Fulton Industrial. Plaintiff was with Pablo for approximately two to three weeks. Per Plaintiff's own allegations, Pablo trafficked her in violation of the TVPRA, committed negligence and/or intentional torts against her, including but not limited to assault, battery, and false imprisonment, and, thus, Pablo caused or contributed to her damages, in whole or in part.

**2. Quinton Mackie, also known as "Scarface"** (current address unknown)**.** According to Plaintiff, Scarface took Plaintiff from Pablo and brought her to the Super Inn in the Fulton Industrial area, where he trafficked her from approximately late August 2020 through November or December 2020. Per Plaintiff's own allegations, Scarface trafficked her in violation of the TVPRA, committed negligence and/or intentional torts against her, including but not limited

to assault, battery, and false imprisonment, and, thus, Scarface caused or contributed to her damages, in whole or in part.

**3.** **Michael Clark** (current address unknown)**.** According to Plaintiff, in or around December 2020, Clark took Plaintiff and another victim named Latoya from the Super Inn to the Quality Inn, where he forced them to work for him selling sex. Plaintiff was with Clark through Christmas until she escaped during a shooting on or around December 28, 2020. Per Plaintiff's own allegations, Clark trafficked her in violation of the TVPRA, committed negligence and/or intentional torts against her, including but not limited to assault, battery, and false imprisonment, and, thus, Clark caused or contributed to her damages, in whole or in part.

**4.** **"Rick Ross"** (legal name and current address unknown)**.** According to Plaintiff, after escaping Michael Clark on or around December 28, 2020, Plaintiff returned to the Super Inn, where Rick Ross became her trafficker. She was with Rick Ross for approximately two to three days before escaping. Per Plaintiff's own allegations, Rick Ross trafficked her in violation of the TVPRA, committed negligence and/or intentional torts against her, including but not limited to assault, battery, and false imprisonment, and, thus, Rick Ross caused or contributed to her damages, in whole or in part.

**5.** **Milton, also known as "Slim"** (current address unknown)**.** According to Plaintiff, in or around January 2021, after arriving at the Super 8, Plaintiff was

introduced to Milton by a hotel housekeeper. Although she provided sworn testimony that she was not trafficked at the Super 8, Plaintiff now claims that Milton obtained a room for Plaintiff and trafficked her from approximately January through March 2021. Plaintiff now contends that Milton directed Plaintiff's dates, posted advertisements for her on MegaPersonals, took all of the money she earned, controlled what she wore, physically abused her (including choking her), and had multiple girls in different rooms at the Super 8 working for him. Per Plaintiff's own allegations, Milton trafficked her in violation of the TVPRA, committed negligence and/or intentional torts against her, including but not limited to assault, battery, and false imprisonment. Thus, pursuant to Plaintiff, Milton caused or contributed to her damages, in whole or in part.

**6. Justin Cardell Baylor** (current address unknown)**.** According to Plaintiff, in or around May 2021, Plaintiff returned to the Super 8. Although she provided sworn testimony that she was not trafficked at the Super 8, Plaintiff now claims that Baylor required Plaintiff to have sex with him to obtain a room and then demanded that she and other girls work for him. Per Plaintiff's own allegations, Baylor trafficked her in violation of the TVPRA, committed negligence and/or intentional torts against her, including but not limited to assault, battery, and false imprisonment. Thus, pursuant to Plaintiff, Baylor caused or contributed to her damages, in whole or in part.

**7.** **Rodeway Inn**, Fulton Industrial area, Atlanta, Georgia (specific address and owner/operator unknown). Plaintiff contends she was trafficked at this hotel by Pablo for approximately two to three weeks in or around August 2020. Plaintiff was forced to sell sex on Fulton Industrial while sleeping every night at the Rodeway Inn. To the extent the Rodeway Inn's owner and/or operator benefitted from participation in a venture that it knew or should have known was trafficking Plaintiff, it may have caused or contributed to Plaintiff's damages, in whole or in part.

**8.** **Super Inn**, Fulton Industrial area, Atlanta, Georgia (specific address and owner/operator unknown). Plaintiff contends she was trafficked at this hotel by Scarface from approximately late August through November or December 2020, and again briefly by Rick Ross on or around December 28-29, 2020. To the extent that the Super Inn's owner and/or operator benefitted from participation in a venture that it knew or should have known was trafficking Plaintiff, it may have caused or contributed to Plaintiff's damages, in whole or in part.

**9.** **Quality Inn**, Fulton Industrial area, Atlanta, Georgia (specific address and owner/operator unknown). Plaintiff contends she was trafficked at this hotel by Michael Clark from approximately December 2020 through approximately December 28, 2020. To the extent that the Quality Inn's owner and/or operator benefitted from participation in a venture that it knew or should have known was

trafficking Plaintiff, it may have caused or contributed to Plaintiff's damages, in whole or in part.

**10.** **Travelodge**, located at 2471 Old National Parkway, College Park, Georgia 30349 (owner/operator unknown). Plaintiff contends she was taken to this hotel for purposes of trafficking during January through March 2021 for outcalls. To the extent that the Travelodge's owner and/or operator benefitted from participation in a venture that it knew or should have known was trafficking Plaintiff, it may have caused or contributed to Plaintiff's damages, in whole or in part.

**11.** **Days Inn by Wyndham**, located at 2451B Old National Parkway, College Park, Georgia 30349 (owner/operator unknown). Plaintiff contends she was taken to this hotel once in March 2021 and stayed approximately two days for purposes related to her trafficking. To the extent that the Days Inn by Wyndham's owner and/or operator benefitted from participation in a venture that it knew or should have known was trafficking Plaintiff, it may have caused or contributed to Plaintiff's damages, in whole or in part.

**12.** **Knockouts Bar & Grill**, located at 4807 Old National Highway, College Park, Georgia 30337 (owner/operator unknown). Plaintiff contends that throughout the time she was trafficked, Milton/Slim sold her for both labor and commercial sex at this establishment. To the extent that Knockouts Bar & Grill's owner and/or operator benefitted from participation in a venture that it knew or

should have known was trafficking Plaintiff, it may have caused or contributed to Plaintiff's damages, in whole or in part.

Pursuant to this Notice, Plaintiff, as well as all identified non-parties, should be considered by the trier of fact in assessing percentages of fault of all persons and entities who contributed to Plaintiff's alleged damages, regardless of whether the person was, or could have been, named as a party to this lawsuit. *See* O.C.G.A. § 51-12-33(c).

Respectfully submitted, this 21st day of August, 2026.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854
Shubhra R. Mashelkar
GA Bar No. 475388
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
cbyrd@wwhgd.com
smashelkar@wwhgd.com

*Counsel for Defendant Lincoln Bancorp, LLC*

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

*/s/ Christoher T. Byrd*
Christoper T. Byrd

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record:

Jonathan Tonge, Esq.
Patrick J. Mcdonough, Esq.
Jennifer Webster, Esq.
ANDERSEN, TATE & CARR, PC
One Sugarloaf Centre
1960 Satellite Blvd, Ste. 4000
Duluth, GA 30097
jwebster@atclawfirm.com
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854