**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| N.N.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:25-cv-04313-MHC |

**ORDER GRANTING JOINT MOTION TO STAY**

Upon consideration of the parties' Joint Motion to Stay and supporting materials, the Court finds good cause for a limited stay and modification of the schedule, as set forth below. It is hereby ORDERED:

1. This action is stayed.

2. The stay will automatically expire 180 days from the entry of this Order.

3. If, prior to the automatic expiration of this stay, the United States District Court issues a final ruling in the declaratory judgment action of ***Evanston Insurance Co. v. Lincoln Bancorp, LLC Super 8, Lincoln Property Management LLC, D.B., J.R., N.N., and T.H.*** (U.S. District Court, Northern District of Georgia, Case No. 1:26-cv-03467-TRJ), then the parties herein shall so notify this Court. Upon such notification, this Court will enter an order lifting the stay.

4. Paragraphs 2 and 3 above notwithstanding, the parties herein (either jointly or individually) may move for limited relief to preserve evidence, address a time-sensitive matter, or modify or lift the stay for good cause. The Court may consider, grant, or deny any such motions at the Court's discretion.

5. Within thirty days of the expiration or lifting of the stay, the parties shall file any summary judgment motions herein, or, if no summary judgment motions are filed, the parties shall file their joint pre-trial order.

6. All litigation activity and unexpired deadlines in this action are suspended while the case is stayed, including pleading and response deadlines, dispositive motion deadlines, and pretrial deadlines. Unless specifically provided for herein, this Order does not revive expired deadlines, excuse existing defaults, or suspend deadlines in another action.

IT IS SO ORDERED this 5th day of October, 2026.

Honorable Mark H. Cohen
United States District Judge